IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BOBBIE LEE VALDEZ,**

    Plaintiff,

v.                        Case No. 1:22-cv-576-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**

    Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 19). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until January 18, 2023, to file her Motion to Reverse or Remand, Defendant shall have until March 19, 2023, to file a Response, and Plaintiff shall have until April 2, 2023, to file a Reply.

                                                  */s/ Kevin Sweazea*
                                                  **KEVIN R. SWEAZEA**
                                                  **UNITED STATES MAGISTRATE JUDGE**

RESPECTFULLY SUBMITTED BY:

*/s/Benjamin Decker*
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Bobbie Lee Valdez*

APPROVED BY:

*Approved via email 12/19/2022*
Marc Thayne Warner
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
United States
P (303) 844-7237
thayne.warner@ssa.gov

And

*Approved via email 12/19/2022*
Manuel Lucero
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
United States
P (505) 346-7274
manny.lucero@usdoj.gov
*Attorneys for Defendant*