# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**BOBBIE LEE VALDEZ,**

      **Plaintiff,**

      **vs.**                              **CIV NO. 1:22-cv-00576-KRS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## <u>ORDER FOR EXTENSION</u>

Upon consideration of Defendant's Second Unopposed Motion for an Extension of Time (Doc. 24) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Doc. 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until May 19, 2023, to file a response, and Plaintiff shall have until June 2, 2023, to file a reply.

_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
BENJAMIN DECKER
Attorney for Plaintiff