IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BOBBIE LEE VALDEZ**,

    **Plaintiff,**

vs.                                                    No. 22-576 KRS

**KILOLO KIJAKAZI, Acting Commissioner**
**of the Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having denied Plaintiff's Opposed Motion to Reverse and Remand (Doc. 21) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff and in favor of the Commissioner of the Social Security Administration.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**